```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                       SOUTHEASTERN DIVISION
```

ANDREW R. DILLARD,              )
                                )
            Plaintiff,           )
                                )
      vs.                        )        No. 4:07-CV-1583 (CEJ)
                                )
MICHAEL J. ASTRUE,               )
Commissioner of Social           )
Security,                        )
                                )
            Defendant.           )

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that, pursuant to sentence 4 of 42 U.S.C. § 405(g), the decision of the Administrative Law Judge is reversed and this matter is remanded to the Commissioner for an award of disability benefits based upon a period of disability beginning on April 4, 2006.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 18th day of August, 2008.